FRED M. HENRY, appellant,

*v.*

LENA K. HENRY, respondent.

[Submitted November 9th, 1912.   Decided April 24th, 1913.]

On appeal from an order of the court of chancery advised by Vice-Chancellor Howell, whose opinion is reported in *79 N. J. Eq. (9 Buch.) 493.*

*Mr. Frank E. Bradner,* for the appellant.

*Mr. Paul G. Roder,* for the respondent.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Howell.

*For affirmance*—THE CHANCELLOR, CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BOGERT, VREDENBURGH, CONGDON—12.

*For reversal*—None.